CR 12 (Rev. 6/82)

WARRANT FOR ARREST

# United States District Court

**DISTRICT**
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MOHAMMED UDDIN,
a/k/a "MD Giash Uddin,"
a/k/a "Alan"

**DOCKET NO. / MAGISTRATE'S CASE NO.**
06 CRIM. • 1031 (SHS)

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

MOHAMMED UDDIN,
a/k/a "MD Giash Uddin,"
a/k/a "Alan"

**WARRANT ISSUED ON THE BASIS OF:**
☐ Order of Court
X Indictment   ☐ Information   ☐ Complaint

**DISTRICT OF ARREST**

**TO:** ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

food stamp fraud; conversion of public money, property, or records

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 7/18 | 2024/641 |

**BAIL** | **OTHER CONDITIONS OF RELEASE**

ORDERED BY
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)

**DATE ORDERED**
11/8/2006

CLERK OF COURT   (BY) DEPUTY CLERK

**DATE ISSUED**

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/3/06 | Christopher A. Santangelo, Senior Special Agent | Christopher Santangelo |
| DATE EXECUTED 11/9/06 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.